UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:12-CV-2419-G |
| HALO COMPANIES, INC., ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER AND FINAL JUDGMENT

Before the court is the plaintiff's unopposed second motion to reopen proceedings and motion for final judgment, and brief in support (docket entry 43). The court, having considered the motions and any response thereto, finds the motions should be granted.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that this action is simultaneously ordered **REOPENED**.

The plaintiff's motion for summary judgment (docket entry 26) contending that the plaintiff does not have a duty to indemnify the Halo defendants from the claims asserted by the claimant defendants in the underlying action is **GRANTED**.

All remaining claims between and among the parties are hereby **DISMISSED** with prejudice such that this order constitutes a final judgment.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that any relief prayed for or which could have been sued for in this action arising from or relating to said occurrence, and not specifically granted herein, is hereby expressly refused and **DENIED**.

March 18, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**